

March 25, 2025

**Via ECF**
Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Abdoulaye Toure v. Chelsea Cassino
            21 cv 01645 (NRM) (ST)

Dear Judge Morrison:

    This letter is to request an accommodation based upon the change in the trial schedule announced last week. This trial in this matter was scheduled on January 10, 2025 to begin on June 9, 2025, which would give the parties five days to complete the trial. I believe that the trial will be completed in five days based upon the limited number of witnesses listed in the pre-trial order. The new date to begin the trial of June 11, 2025 has created a conflict for me.

    When I was informed of the new date for trial, I attempted to reschedule a doctor's appointment I have for June 16, but I was informed that the next available appointment was in September. Since the next available date for the doctor's appointment is not consistent with my medical needs, I am requesting that an adjournment be granted for any morning session of the trial and that the trial continue beginning at 2:00 p.m. on June 16, 2025 if the case has not concluded earlier.

    Plaintiff's counsel consents to this request.

                                                     Respectfully submitted

                                                     Kathleen Gill Miller

KGM:kc
Cc:    John Walter Thompson, Esq.
        Attorney for Plaintiff
        Thompson Law PC
        565 Fifth Avenue, Suite 721
        New York, New York 10017
        **VIA ECF**