# Notice of Request to Submit Electronic Evidence

**Case Number:** 21-cv-01645-DRH-ST

**Filing Party Name:** Chelsea Cassino

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

being filed Pursuant to Rule 6.2.5 of Judge Morrison's individual rules