# *Notice of Request to Submit Electronic Evidence*

**Case Number:** 2:21 cv 01645

**Filing Party Name:** ABDOULAYE TOURE

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** N/A

**If the format is PDF, why hasn't it been docketed electronically?**

being filed Pursuant to Rule 6.2.5 of Judge Morrisons individual rules