UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Abdoulaye Toure,

        Plaintiff,

v.

Air France, The City of New York, Port Authority of New York and New Jersey, Port Authority of New York and New Jersey Police Department, Port Authority of New York and New Jersey Police Officer Chelsea Cassino, and Port Authority Police Officers John/Jane Doe #1 through #5,

        Defendants.

21-cv-1645 (NRM) (ST)

**VERDICT SHEET**

## False Arrest (§ 1983/Federal)

1. Did the plaintiff prove by a preponderance of the evidence that Chelsea Cassino falsely arrested him on November 12, 2019?

    Yes __X__  No _____

*If you answered "No" to Question 1, your deliberations are complete.*

*If you answered "Yes" to Question 1, then please proceed to Question 2.*

## DAMAGES

2. Compensatory Damages: Please state the total amount, if any, of compensatory damages that the plaintiff is entitled to recover.

    a. Non-economic damages: $ __90K__
    b. Economic damages (lost profits): $ __110K__

1

You have finished your deliberations. Please have your foreperson sign and date this verdict form and inform the Court, with a written note, that you have reached a verdict.

_____, *Foreperson*

Dated: June 17, 2025